# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:17 cv 250

| | |
|---|---|
| **T.W.,** by her next friend Kristena Wilson, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **CLEVELAND COUNTY BOARD OF EDUCATION,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

Pending before the Court is Plaintiff's Motion for Extension of Time to File Guardianship Papers [# 14]. On January 8, 2018, the Court directed Plaintiff's counsel to file a motion to designate T.W.'s mother, or other fit individual, as a guardian ad litem. Plaintiff's counsel asks for a two week extension to file appropriate guardianship papers. Defendant consents to the extension.

Accordingly, the Court **GRANTS** the motion [# 14]. Plaintiff shall have until **February 5, 2018**, to file the appropriate guardianship papers.

Signed: January 19, 2018

_____
Dennis L. Howell
United States Magistrate Judge