IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
**1:17 cv 250**

| | |
|---|---|
| **T.W.**, by her next friend Kristena Wilson, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **CLEVELAND COUNTY BOARD OF** ) <br> **EDUCATION,** ) <br> ) <br> **Defendant.** ) <br> _____ ) | **ORDER** |

Pending before the Court is Plaintiff's Second Motion for Extension of Time to File Guardianship Papers [# 16]. On January 8, 2018, the Court directed Plaintiff's counsel to file a motion to designate T.W.'s mother, or other fit individual, as a guardian ad litem. Plaintiff's counsel asks for a one week extension to file appropriate guardianship papers. Defendant has been contacted but has not yet responded to the second extension.

Finding good cause, the Court **GRANTS** the motion [# 16]. Plaintiff shall have until **February 12, 2018**, to file the appropriate guardianship papers.

Signed: February 6, 2018

Dennis L. Howell
United States Magistrate Judge