# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cv 250

| | |
|---|---|
| **LOANN MEEKINS,** *as Guardian Ad Litem for* **T.W.**, | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) **ORDER** |
| **CLEVELAND COUNTY BOARD OF EDUCATION,** | ) ) ) ) |
| **Defendant.** | ) ) ) |

This matter is before the Court on Plaintiff's Report on the Appointment of a Guardian for T.W. [# 20]. The Court finds that a Guardian Ad Litem should be appointed to represent T.W.

The Court **APPOINTS** Loann Meekins as Guardian Ad Litem for T.W. Accordingly, the Court **DIRECTS** the Clerk to change the party name in this case. Further, the Court **DIRECTS** the Clerk to **SEAL** [# 20] to the case participants as a matter of course because it includes sensitive information.

Signed: March 27, 2018

Dennis L. Howell
United States Magistrate Judge