# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| LOANN MEEKINS, as lawful guardian ad litem of T.W., | ) ) ) | JUDGMENT IN CASE |
| Plaintiff, | ) ) | 1:17-cv-00250-MR-DLH |
| vs. | ) ) | |
| CLEVELAND COUNTY BOARD OF EDUCATION, | ) ) ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 22, 2018 Order.

May 22, 2018

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court